LEWIS, by guardian *ad litem,* Respondent, vs. BESCH, Appellant, and LEWIS, Respondent.

APPEAL from a judgment of the circuit court for Winnebago county dated December 11, 1926: FRED BEGLINGER, Judge.

Personal injuries. Judgment for plaintiff against defendant *Besch,* appellant.

For the appellant: *Benton & Bosser,* attorneys, and *Roger R. Tuttrup,* of counsel, all of Appleton.

For the respondent *Ray Lewis: Barber & Keefe* of Oshkosh.

For the respondent *William Lewis: Weed & Hollister* of Oshkosh.

*By the Court.*—Judgment affirmed.

HEYMER, Respondent, vs. KNAUF & TESCH. COMPANY, Appellant.

APPEAL from a judgment of the circuit court for Calumet county dated January 15, 1927: FRED BEGLINGER, Judge.

Action for damages. Judgment for plaintiff, from which defendant appeals.

For the appellant: *L. P. Fox* of Chilton.

For the respondent: *T. L. Doyle* of Fond du Lac.

*By the Court.*—Judgment affirmed.

JOHNSON, Respondent, vs. ANDERSON, Intervenor, Appellant.

APPEAL from an order of the circuit court for Dane county dated July 31, 1926: AUGUST C. HOPPMANN, Judge.

*Carlyle J. Anderson,* intervenor, claimed title to property attached on plaintiff's claim. Judgment for plaintiff, from which *Carlyle J. Anderson* appeals.

For the appellant: *A. T. Torge* and *Robert N. Nelson,* both of Madison.

For the respondent: *Bull & Biart* of Madison.

*By the Court.*—Order affirmed.